UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANNY BARTON, TRUSTEE, ON BEHALF OF THE INDIANA TEAMSTERS HEALTH BENEFITS FUND, <br><br> Plaintiff, <br><br> v. <br><br> GRAVES TRUCKING, INC. and JON L. WALDA <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL CASE NO. 1:05-CV-1714-SEB-VSS ) ) ) ) ) ) ) |

## DEFAULT JUDGMENT

This cause comes before the Court upon Plaintiff's motion for default judgment against Defendants Graves Trucking, Inc. ("Graves") and Jon L. Walda, individually ("Walda"). The Court, being in all things duly advised, now finds as follows:

1. Plaintiff complied with the notice and service requirements of Federal Rule of Civil Procedure 5 in serving his Complaint on Graves and Walda; and having further found that Defendants are not an infant or incompetent.

2. Defendants Graves and Walda failed to plead or otherwise defend against the Complaint filed by Plaintiff.

It is, therefore, ***ORDERED, ADJUDGED, AND DECREED*** that judgment is entered in favor of Plaintiff Danny Barton, trustee, on behalf of the Indiana Teamsters Health Benefits Fund and against Defendants Graves Trucking, Inc. and Jon L. Walda, individually pursuant to Federal

Rule of Civil Procedure 55 for the amount of Seventy-Eight Thousand Eight Hundred Sixty Five Dollars and Ninety Cents ($78,865.90) plus post-judgment interest at the highest statutory rate.

DATE: 06/23/2006 .

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Gary J. Dankert
Steven L. Jones
ICE MILLER LLP
One American Square, Suite 3100
Indianapolis, IN  46282-0200

Jon Walda
2931 Covington Reserve Parkway
Fort Wayne, IN  46804-2425

Jon Walda, Registered Agent
Graves Trucking, Inc.
7020 Ardmore Avenue
Fort Wayne, IN  46809-9702

I/1769954.1